IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and LYNNE HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>    v.<br><br>BRUCE W. PHILIPANKO,<br><br>    Respondent.<br>_____ | 2:05-mc-421-DFL-KJM<br><br>**ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT**<br><br>Taxpayer: BRUCE W. PHILIPANKO<br><br>Date: August 3, 2005<br>Time: 10:00 a.m.<br>Ctrm: 26 (8th Fl., KJM) |

    Upon the verified petition by McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, and the exhibits attached thereto, it is hereby

    ORDERED that the Respondent, BRUCE W. PHILIPANKO, appear before United States Magistrate Judge Kimberly J. Mueller, in that Magistrate Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on August 3, 2005, at 10:00 a.m., to show cause why the respondent should not be compelled to obey the Internal Revenue Service summonses issued March 10, 2005.

    It is further ORDERED that:

    1. The United States Magistrate Judge will preside, under 28 U.S.C. Section 636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above. After hearing, the Magistrate

1

Judge intends to submit proposed findings and recommendations under Local Rule 72-304(a), with the original filed by the Clerk and a copy provided to all parties.

    2.  The petitioning Revenue Officer's group manager, and all federal employees designated by that group manager, hereby are appointed under Fed. R. Civ. P. 4(c)(2) to serve process in this proceeding.

    3.  A copy of this Order, together with the Petition and its exhibits, shall be personally served upon the respondent within 21 days of the date this Order is served upon the United States Attorney.

    4.  Proof of any service done pursuant to paragraph 3, above, shall be filed with the Clerk as soon as practicable.

    5.  The file reflects a prima facie showing that the investigation is conducted for a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed.  <u>United States v. Powell</u>, 379 U.S. 48, 57-58 (1964).  The burden of coming forward therefore has shifted to whoever might oppose enforcement.

    6.  If there is any defense or opposition to the petition, such defense or opposition shall be made in writing, supported by affidavit, and filed with the Clerk and a copy served on the United States Attorney at least 10 days prior to the date set for the show cause hearing.

    7.  At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition will be considered admitted.

    8.  A respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days prior to the date set for the show cause hearing, that that respondent has no objection to enforcement of the summons.  That respondent's appearance at the hearing will then be excused.

9. The respondent is hereby notified that any respondent's failure to comply with this Order may subject that respondent to sanctions for contempt of court.

It is SO ORDERED.

DATED: June 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE