McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and LYNNE HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>        Petitioners,<br><br>    v.<br><br>BRUCE W. PHILIPANKO,<br><br>        Respondent. | 2:05-mc-421-KJM<br><br>**ORDERS ACCEPTING REFERENCE AND ENFORCING IRS SUMMONSES**<br><br>Taxpayer: BRUCE W. PHILIPANKO<br><br>Date: August 3, 2005<br>Time: 10:00 a.m.<br>Ctrm: 26 (8th Fl., KJM) |

ORDER ACCEPTING REFERENCE

    Having reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: August 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1

## ORDER APPROVING STIPULATION AND ENFORCING IRS SUMMONSES

1. The parties' Stipulation for Orders for Magistrate Judge Jurisdiction and Tax Summons Enforcement is APPROVED.

2. The two IRS summonses in suit are ENFORCED.

3. Respondent, BRUCE W. PHILIPANKO, shall appear at 4330 Watt Avenue, SA-3313, Sacramento, California, before Revenue Officer LYNNE HARTMANN or her designated representative, at a time and date to be set in writing by Revenue Officer Hartmann or her designated representative, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

6. Filing of a satisfactory financial statement and tax returns for 2001, 2002 and 2003 with Revenue Officer Hartmann shall be an alternate way of satisfying the requirements of paragraph 5, above.

It is SO ORDERED.

DATED: August 12, 2005

_____
UNITED STATES MAGISTRATE JUDGE